IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WADE MCCLURE, 27927-180 ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:08-CV-238-O |
| ) | |
| LUBBOCK COUNTY DISTRICT ) | |
| ATTORNEY, ) | |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge entered findings, conclusions and a recommendation in this case on June 23, 2008. No objections were filed. *See* FED. R. CIV. P. 72; 28 U.S.C. §636(b). The Court has therefore reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED, ADJUDGED AND DECREED that this case is DISMISSED with out prejudice pursuant.

The clerk of court shall transmit a copy of this judgment to the plaintiff.

SIGNED this 1st day of August, 2008.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**